J. Andrew Coombs (SBN 123881)
*andy@coombspc.com*
Annie S. Wang (SBN 243027)
*annie@coombspc.com*
J. Andrew Coombs, A P. C.
517 E. Wilson Ave., Suite 202
Glendale, California 91206
Telephone: (818) 500-3200
Facsimile: (818) 500-3201

FILED
CLERK, U.S. DISTRICT COURT
NOV 18 2010
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

Attorneys for Plaintiffs Deckers Outdoor Corporation and Nike, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Deckers Outdoor Corporation and Nike, Inc.,

Plaintiffs,

v.

Zheng Liu a/k/a Jeff Liu a/k/a Allen Bae, an individual and d/b/a www.bigtimekicks.com and Does 1 – 10, inclusive,

Defendants.

Case No. CV10-8897 DMG (Ex)

DECLARATION RE JOINDER

## DECLARATION OF J. ANDREW COOMBS

I, J. Andrew Coombs, declare as follows:

1. I am an attorney at law, duly admitted to practice before the Courts of the State of California and the United States District Court for the Central District of California. I am attorney for Plaintiffs Deckers Outdoor Corporation and Nike, Inc. (collectively "Plaintiffs") in an action styled Deckers Outdoor Corporation, et al., v. Z. Liu, et al. I submit this Declaration supporting joinder of trademark claims in one action, as provided by Local Rule 19-2 of the United States District Court for the Central District of California, formerly Local Rule 3.7.2.2. Except as otherwise

COPY

expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness I could and would competently testify thereto.

2. The interests of justice will be advanced through joinder of Plaintiffs' claims for trademark infringement, federal unfair competition, federal trademark dilution, related contributory liability claims and pendent state law claims for the following reasons:

    a. First, I am informed and believe that the Defendants' mode of conducting business requires the Plaintiffs to act in concert. It is far more likely that the Plaintiffs will succeed in coordinating these enforcement efforts where relief is sought in one action, in one proceeding, before one Court. Even were separate actions "related", which is not certain, it would still remain possible that proceedings would not necessarily proceed on the same schedule.

    b. Second, the interests of justice are served because the Plaintiffs seek to vindicate similar rights. While different intellectual properties are involved, my experience with similar cases suggests that the most vigorously contested issues will involve Defendants' conduct, intent and ability to compensate Plaintiffs for their acts. These issues will be the same with respect to each Plaintiff. Accordingly, not only are the interests of justice advanced through joinder, the risk of prejudice is reduced and judicial economies are advanced.

/ / /

/ / /

/ / /

c. Accordingly, joinder of the Plaintiffs' claims herein will avoid a multiplicity of actions involving substantially the same issues, the same preliminary procedures and the same final relief.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 16th day of November, 2010 at Glendale, California.

J. Andrew Coombs

Deckers, et al. v. Liu, et al.: Declaration re Joinder - 3 -