J. Andrew Coombs (SBN 123881)
*andy@coombspc.com*
Annie S. Wang (SBN 243027)
*annie@coombspc.com*
J. Andrew Coombs, A P. C.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone:  (818) 500-3200
Facsimile:    (818) 500-3201

Attorneys for Plaintiffs
Deckers Outdoor Corporation and
Nike, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| Deckers Outdoor Corporation and Nike, Inc., | ) Case No. CV10-8897 DMG (Ex) |
|---|---|
| Plaintiffs, | ) **NOTICE OF DISMISSAL PURSUANT TO FED.R.CIV.P. 41(a) WITHOUT PREJUDICE** |
| v. | ) |
| Zheng Liu a/k/a Jeff Liu a/k/a Allen Bae, an individual and d/b/a www.bigtimekicks.com and Does 1 – 10, inclusive, | ) |
| Defendants. | ) |

PLEASE TAKE NOTICE THAT pursuant to Fed. R. Civ. P. 41(a), Plaintiffs Deckers Outdoor Corporation and Nike, Inc. (collectively "Plaintiffs") dismiss this action in its entirety, without prejudice.

Dated:  June 16, 2011              J. Andrew Coombs, A Professional Corp.

                                   By:   /s/ Annie S. Wang
                                         J. Andrew Coombs
                                         Annie S. Wang
                                   Attorneys for Plaintiffs Deckers Outdoor
                                   Corporation and Nike, Inc.